UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kathleen O'Shea and Sandeep Trisal on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>P.C. Richard & Son, LLC (d/b/a P.C. Richard & Son) and P.C. Richard & Son, Inc. (d/b/a P.C. Richard & Son),<br><br>Defendants. | Index No. 2:15-cv-09069-KPF<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND (6)** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and upon the accompanying Memorandum of Law, the Declaration of Jonathan A. Direnfeld and the exhibits attached thereto and all prior pleadings and proceedings in this action, defendants P.C. Richard & Son, LLC (d/b/a P.C. Richard & Son) and P.C. Richard & Son, Inc. (d/b/a P.C. Richard & Son) will move the Court, before the Honorable Katherine Polk Failla, pursuant to Federal Rules of Procedure 12(b)(1) and (6) for an Order dismissing with prejudice plaintiffs Kathleen O'Shea's and Sandeep Trisal's amended complaint for (i) lack of subject-matter jurisdiction; (ii) failure to state a claim upon which relief can be granted; and granting (iii) such other and further relief that the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>October 21, 2016 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br> /s/ J. Peter Coll, Jr.<br><br>J. Peter Coll, Jr.<br>51 W. 52nd St.<br>New York, New York 10019<br>Tel:   (212) 506-5000<br>pcoll@orrick.com<br><br>Jonathan A. Direnfeld (admitted *pro hac vice*)<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>Tel:   (202) 339-8400<br>jdirenfeld@orrick.com<br><br>*Attorneys for P.C. Richard* |

To:

Benjamin David Elgan
Peter Gil-Montilor
Cuneo Gilbert & Laduca LLP
16 Court Street
Brooklyn NY, 11241
Tel:     (929) 258-7816

Chant Yedalian
Chant & Company A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Tel:     (877) 574-7100