UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

Kathleen O'Shea and Sandeep Trisal on behalf
of themselves and all others similarly situated,

                    Plaintiffs,

                -against-

P.C. Richard & Son, LLC (d/b/a P.C. Richard
& Son) and P.C. Richard & Son, Inc. (d/b/a
P.C. Richard & Son),

                   Defendants.

--------------------------------------------------------

Index No. 2:15-cv-09069-KPF

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of Defendants' pending Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rules 12(b)(1) and (6) (Dkt. No. 35), Defendants respectfully submit the recent decision in *Meyers v. Nicolet Restaurant of De Pere, LLC*, -- F. 3d --, 2016 WL 7217581 (7th Cir. Dec. 13, 2016), which vacated and remanded the plaintiff's FACTA claims for failure to truncate credit card expiration dates for dismissal under Rule 12(b)(1) for lack of Article III standing.

Dated: New York, New York
     December 19, 2016

Respectfully submitted,
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

 /s/ J. Peter Coll, Jr.

J. Peter Coll, Jr.
51 W. 52nd St.
New York, New York 10019
Tel:   (212) 506-5000
pcoll@orrick.com

Jonathan A. Direnfeld (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Tel:   (202) 339-8400
jdirenfeld@orrick.com

*Attorneys for P.C. Richard*