**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KATHLEEN O'SHEA and SANDEEP TRISAL,
on behalf of themselves and all others
similarly situated,
                                Plaintiffs,

-v-                                       15 **CIVIL** 9069 **(KPF)**

## JUDGMENT

P.C. RICHARD & SON, LLC d/b/a P.C.
RICHARD & SON and P.C. RICHARD &
SON, INC. d/b/a P.C. RICHARD & SON,
                                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/17

       Defendants having moved to dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and Plaintiff seeks leave to filed an amended complaint, and the matter having come before the Honorable Katherine Polk Failla, United States District Judge, and the Court, on August 3, 2017, having rendered its Opinion and Order granting Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and dismissing Plaintiff's First Amended Complaint without prejudice and denying Plaintiff Trisal's request for leave to amend; and directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 3, 2017, Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is granted, and Plaintiff's First Amended Complaint is dismissed without prejudice. Plaintiff Trisal's request for leave to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York
           August 7, 2017

                                                           **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                            **BY:**
                                                              **Deputy Clerk**